NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| PATRICIA SYLING, | ) | No. C 11-02826 JF (PR) |
| Petitioner, | ) ) | ORDER OF DISMISSAL |
| vs. | ) ) | |
| WARDEN TEWS, et. al., | ) ) | |
| Respondents. | ) ) | |
| | ) | (Docket No. 3) |

    Petitioner, proceeding pro se, filed the instant petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241, challenging the conditions of parole.

    On July 29, 2011, Petitioner filed a motion for voluntary dismissal of the instant petition, stating that an "acceptable settlement has been reached." (Docket No. 3.) Petitioner's motion for voluntary dismissal is GRANTED. The instant habeas petition is DISMISSED without prejudice.

    This order terminates Docket No. 3.

    IT IS SO ORDERED.

DATED: 8/12/11

JEREMY FOGEL
United States District Judge

Order of Dismissal
P:\PRO-SE\SJ.JF\HC.11\02826Syling_vol-dis.wpd

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

PATRICIA SYLING,

        Petitioner,

  v.

WARDEN TEWS, et al.,

        Respondents.
                                      /

Case Number: CV11-02826 JF

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on  8/12/11  , I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Patricia Syling 49173-018
Federal Correctional Institution
5701 8th Street; Unit C
Camp Parks
Dublin, CA 94568

Dated:  8/12/11

                                      Richard W. Wieking, Clerk